IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILES O. BONTY, | No. C 09-04079 CW (PR) |
|     Plaintiff, | ORDER OF DISMISSAL |
|   v. | |
| G. A. NEOTTI, et al., | |
|     Defendants. / | |

    This action was opened in error when the Court received a duplicate of Plaintiff's complaint that was intended to be filed in a previously-filed action -- Case No. C 09-3838 CW (PR). It was received in the mail twelve days after the complaint was filed in Case No. C 09-3838 CW (PR). Therefore, as mentioned above, it was opened as a new action.

    Plaintiff currently has two separate civil rights actions pending, although he meant to file only one action. Accordingly, the Clerk is directed to remove Plaintiff's civil rights complaint form from this action, to file it in his previously-filed action, Case No. C 09-3838 CW (PR), and to docket it as a "Duplicate Copy of Complaint." The Clerk is further directed to mark it as filed on September 2, 2009, the date it was received by the Court. The Court will review Plaintiff's complaint in a separate written Order in Case No. C 09-3838 CW (PR).

1   The present action is DISMISSED because it was opened in
2   error.  No filing fee is due.  The Clerk shall close the file.
3   IT IS SO ORDERED.
4   Dated: 10/30/09

   _____
   CLAUDIA WILKEN
   UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MILES O BONTY,

        Plaintiff,

v.

G A NEOTTI et al,

        Defendant.

Case Number: CV09-04079 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 30, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Miles O. Bonty D-12821
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA 93960

Dated: October 30, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk